```
            UNITED STATES DISTRICT COURT
                     FOR THE
                DISTRICT OF VERMONT
```

UNITED STATES OF AMERICA      :
                              :
                              :
        v.                    :   File No. 2:95 CR 72
                              :            2:02 CR 23
STEPHEN BRENT HUTCHINS        :

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed November 28, 2005.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989).  The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations."  *Id.*

The Court GRANTS petitioner's motion to withdraw his §2255 motion (Paper 841), and that the §2255 motion (Paper 832) is **DISMISSED** without prejudice 841).

Pursuant to Fed. R. App. P. 22(b), a certificate of

1

appealability is **DENIED** because the petitioner has failed to make a substantial showing of denial of a federal right. Furthermore, the petitioner's grounds for relief do not present issues which are debatable among jurists of reasons, which could have been resolved differently, or which deserve further proceedings.  See e.g., Flieger v. Delo, 16 F.3rd 878, 882-83 (8th Cir.) cert. denied, 513 U.S. 946 (1994); Sawyer v. Collins, 986 F.2d 1493, 1497 (5th cir.), cert. denied, 508 U.S. 933 (1993).

Furthermore, it is certified that any appeal taken *in forma pauperis* would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

THIS CASE IS CLOSED.

Dated at Burlington, in the District of Vermont, this 10th day of April, 2006.

>/s/ William K. Sessions III
> William K. Sessions III
> Chief Judge
> U.S. District Court